IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHOCOLATE SHOPPE ICE CREAM
COMPANY, INC.,

    Plaintiff,

v.

CEDAR-CREST SPECIALTIES, INC.,

    Defendant.

ORDER

Case No. 16-cv-649-jdp

The court having been advised by counsel for the parties that the above-entitled action has been settled, this case is hereby dismissed. Any party may move to reopen for good cause shown.

Entered this 7TH day of July, 2017.

BY THE COURT:

_____
James D. Peterson
District Judge